UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

D'Jalmar Armond Perry　　　　　　　　　　　　　Case No.15-35275-KRH
1449 Whitesand Drive　　　　　　　　　　　　　　Chapter 7
Richmond, VA  23225
SSN/ITIN: xxx-xx-3530,

　　　　　　　Debtors(s).

## ORDER DISMISSING CASE WITH PREJUDICE FOR ONE (1) YEAR

This matter came before the Court upon the Motion Of The United States Trustee To Dismiss Case For Presumption Of Abuse Pursuant To 11 U.S.C. § 707(b)(2), Or In The Alternative, For Abuse Pursuant To 11 U.S.C. § 707(b)(3) (the "Motion").  The Court having reviewed the Motion and conducting a hearing thereon, and it appearing that due notice was given, good cause exists to grant the relief sought, it is hereby ORDERED as follows:

1. The above captioned case of D'Jalmar Armond Perry (the "Debtor") is dismissed WITH PREJUDICE for a period of one (1) year from the date of entry of this Order.

2. IT IS FURTHER ORDERED that the Debtor is enjoined from filing any other case in any Bankruptcy Court in the United States under any provision of the United States Bankruptcy Code for a period of one (1) year from the date of the entry of this Order on the docket of the Court.

3. IT IS FURTHER ORDERED that dismissal of this case as to the Debtor revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case as to the Debtor only and that the trustee need not file a final report in this case as to the Debtor unless property or money was administered.

4. Upon entry, pursuant to Bankruptcy Rules 4006 and 2002(f), the Clerk is directed to send a copy of this Order to the Debtor, all creditors, and indenture trustees in this case.

_____
Robert B. Van Arsdale, AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

DATE: Jun 20 2016

/s/ Kevin R Huennekens
KEVIN R. HUENNEKENS
BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

Entered on Docket: JUN 21 2016

I ASK FOR THIS:

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219

**CERTIFICATION**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ Shannon Pecoraro
Shannon Pecoraro